**No. 10-869. David Roland Hinkson, Petitioner v. United States.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3098.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 585 F.3d 1247.